UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. LINDELL,** *et al.***,**<br><br>**Plaintiffs**<br><br>v.<br><br>**OFFICE OF DIRECTOR OF NATIONAL INTELLIGENCE,**<br>**Defendant.** | **Case No. 1:23-mc-78 (ACR-MAU)**<br>[D. Minn. Case No. 22-cv-98-WMW-JFD] |

**ORDER**
(September 16, 2024)

My Pillow, Inc. and Michael Lindell, Defendants in the underlying action in the U.S. District Court for the District of Minnesota, moved to compel a third party, John Negroponte, to comply with a deposition subpoena. Mot. to Compel, ECF No. 1. This Court referred the Motion to Magistrate Judge Moxila A. Upadhyaya for determination. Minute Order on Dec 18, 2023.

On August 22, 2024, Magistrate Judge Upadhyaya issued a [10] Report and Recommendation recommending that the Court deny Defendants' [1] Motion to Compel. Magistrate Judge Upadhyaya advised the parties that pursuant to Local Civil Rule 72.3(b), "any party who objects to the Report and Recommendation must file a written objection with the Clerk of Court within 14 days of the party's receipt of this Report and Recommendation." Report & Recommendation, ECF No. 10 at 13. Magistrate Judge Upadhyaya further advised the parties that "[f]ailure to file timely objections to the findings and recommendations set forth in this Report may waive that party's right of appeal from an order of the District Court that adopts such findings and recommendation." *Id.* (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). As of the date of this Order, no objections have been filed by either party, and the deadline for filing any such objections has now passed. Accordingly, it is, this 16th day of September, 2024, hereby

**ORDERED** that Magistrate Judge Moxila A. Upadhyaya's [10] Report and Recommendation is **ADOPTED** for the reasons stated therein; and it is further

**ORDERED** that Defendants' [1] Motion to Compel is **DENIED**.

**SO ORDERED.**

ANA C. REYES
United States District Judge